A098A (9/01)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA



FILED

APR 3 0 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

Mayra Alejandra Herbert,
    Defendant.
_____/

CASE Number: 1:12-cr-00040-LJO

APPEARANCE and COMPLIANCE BOND

    Non-surety: I, the undersigned defendant, acknowledge that I and my ...
    Surety: We, the undersigned, jointly and severally acknowledge that we and our ...
Personal representatives, jointly and severally, are bound to pay to the United States of America the sum of $ 15,000.00, and there has been deposited in the Registry of the Court the sum of $ -0- in cash or N/A (describe other security.)

    The conditions of this are that the defendant, Mayra Alejandra Herbert
                                             (Name)

is to (1) appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of condition of defendant's release as may be ordered to notified by this court or any United States District Court to which the defendant may be held to answer or the cause transferred; (2) comply with all conditions of release imposed by the court, and (3) abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or directions in connection with such judgment.

    It is agreed and understood that this is a continuing bond (including any proceeding or appeal or review) which shall continue until such time as the undersigned are exonerated.

    If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment, may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

    This bond is signed on April 30, 2012 at U.S. District Court, ED of California
                               Date                         Place

Defendant: _____  City/State _____
Surety: _Julia Nobles_____  City/State _Oakdale CA_____
Surety: _____  City/State _____

Signed and acknowledged before me on __4/30/2012__
                                                                Date

                                                              Judicial Officer/Clerk

Approved: _____
                Judicial Officer

## JUSTIFICATION OF SURETIES

I, the undersigned surety, say that I reside at __Oakdale, CA__ ;
City/State

and that my net worth is the sum of __$15,000.00__ _____ dollars

( $ __15,000.00__ ).

I further state that __double wide mobile home, 7341 Elenor Rd. Sp 47 Oakdale, CA 95361__

_Ofelia Roby_
Surety

_____
Surety

Sworn to before me and subscribed in my presence on __4/30/2012__
Date

at U.S. District Court, __Suite 3601, Pretrial Service Office, 2500 Tulare St, Fresno, CA__
Place

__Renee Gaumnitz__, Deputy Clerk      _Gaumnitz_
Name and Title                               Signature of Judicial Officer/Clerk

---

I, the undersigned surety, say that I reside at _____ ;
City/State

and that my net worth is the sum of _____ dollars

( $ _____ ).

I further state that

_____
Surety

_____
Surety

Sworn to before me and subscribed in my presence on _____
Date

at U.S. District Court, _____
Place

_____, Deputy Clerk
Name and Title                               Signature of Judicial Officer/Clerk

Justification Approved: _____[signature]_____
Judicial Officer