# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED
FEB 08 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____

| | |
|---|---|
| United States of America ) | |
| vs. ) | Case No. 12CR0040 LJO |
| Mayra Alejandra Herbert ) | |

# CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Mayra Alejandra Herbert__, have discussed with __Lydia J. Serrano__, Pretrial Services Officer, modifications of my release conditions as follows:

Adding the following condition of release - You shall participate in a program of medical or psychiatric treatment including mental health treatment and/or treatment for drug and/or alcohol dependency, and pay for costs as approved by the Pretrial Services Officer.

All other previously ordered conditions of release not in conflict with this change to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____    1-23-13           _____    1-23-13
Signature of Defendant          Date            Pretrial Services Officer    Date
Mayra Alehandra Herbert                         Lydia J. Serrano

I have reviewed the conditions and concur that this modification is appropriate.

_____                       2-8-13
Signature of Assistant United States Attorney   Date
Kathleen Servatius

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                       1-31-13
Signature of Defense Counsel                    Date
W. Scott Quinlan

## ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on  February 8, 2013.
☐ The above modification of conditions of release is *not* ordered.

_____                       February 8, 2013
Signature of Judicial Officer                   Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services